AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br><br>JOSHUA BROWN<br>a/k/a "Josh,"<br>a/k/a "Jash"<br>*Defendant* | )<br>)   Case No.   17-CR-597-2<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JOSHUA BROWN
a/k/a "Josh,"
a/k/a "Jash"

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
21:841(A)(1) and (b)(1)(B) - Distribution of 28 grams or more of cocaine base ("crack");
18:2 - Aiding and Abetting

Date: 11/14/2017

Thomas Giambrone, Deputy Clerk
*Issuing officer's signature*

City and state: Philadelphia, PA

Kate Barkman, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 11-14-17, and the person was arrested on *(date)* 11-30-17
at *(city and state)* PA.

Date: 11-30-17

ATF
*Arresting officer's signature*

*Printed name and title*