IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | INFORMATION FILED |
| | : | UNDER SECTION 851 OF |
| v. | : | TITLE 21, U.S.C., RELATING |
| | : | TO INDICTMENT No. 17-597-2 |
| JOSHUA BROWN | : | FILED NOVEMBER 14, 2017 |
| | : | |

INFORMATION CHARGING PRIOR OFFENSES

Louis D. Lappen, United States Attorney for the Eastern District of Pennsylvania, hereby accuses this defendant, who was charged on November 14, 2017, in the Eastern District of Pennsylvania, with distributing and aiding and abetting the distribution of more than 28 grams of cocaine base, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B), of having previously been convicted as described below:

1. On or about June 16, 2014, in the Court of Common Pleas of Philadelphia County, Pennsylvania, defendant Joshua Brown, was sentenced to 2 years' probation following his conviction for a felony controlled substance violation on Common Pleas Docket No. CP-51-CR-0015120-2013, arising from an October 4, 2013 arrest by the Philadelphia Police Department for a violation of 35 Pa. C.S.A § 780-113(30), a felony under the laws of the Commonwealth of Pennsylvania.

2. On or about August 26, 2016, in the Court of Common Pleas of Philadelphia County, Pennsylvania, defendant Joshua Brown, was sentenced to 5 years' probation following his conviction for a felony controlled substance violation on Common Pleas Docket No. CP-51-CR-0006866-2016, arising from a May 14, 2016 arrest by the Philadelphia

Police Department for a violation of 35 Pa. C.S.A § 780-113(30), a felony under the laws of the Commonwealth of Pennsylvania.

LOUIS D. LAPPEN
United States Attorney

*Christine E. [signature]*

PETER F. SCHENCK
Chief, Criminal Division
Assistant United States Attorney

Filed 12/6/2017

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Information Charging Prior Offense was sent, by electronic filing and/or first class, postage prepaid mail, to:

Michael R. Shapiro, Esq.
1429 Walnut St., Suite 1301
Philadelphia, PA 19102
mike.shapiro.esq@gmail.com


/s/ Sarah Damiani
SARAH DAMIANI
Assistant United States Attorney

Dated: December 6, 2017